### The People, on the relation of The East Saginaw Salt Manufacturing Company v. The Board of State Auditors.

Where a bounty offered under a law of the State is actually earned, the reduction of the bounty by a subsequent amendment of the law does not deprive the party of the full bounty given by the original act.

*Heard October 31st. Decided November 5th.*

Motion for a mandamus.

The relators showed by their application, that after the act entitled " An Act to encourage the manufacture of salt in the State of Michigan," approved February 15, 1859 (*Laws of* 1859, *p.* 551) was passed and took effect, and before the ninth day of March, 1861, they had manufactured at their salt works upon Saginaw River, 6348

barrels of salt, of five bushels each, upon which they claimed the bounty of ten cents per barrel offered by said act: that they presented to the Board of State Auditors an account thereof, but that said Board refused to allow the bounty offered by said act, but allowed instead a bounty of ten cents per barrel under the act amendatory of said act, approved March 15, 1861 (*Laws of* 1861, *p.* 305). A mandamus was now asked to compel an allowance of the bounty offered by the original act.

*C. I. Walker*, for the motion.

*C. Upson*, Attorney General, contra.

THE COURT held that the relators had acquired a vested right to the bounty offered by the act of 1859, upon all the salt manufactured before the act of 1861 took effect, and that they could not be deprived thereof by the last mentioned act.